## STATEMENT IN
## SUPPORT OF PROBABLE CAUSE

IN RE:  Rayveon RAWLS

I, Jose Uribe, declare and state as follows:

1.  On April 22, 2022, a Border Patrol Agent (BPA) was working his assigned duties at the U.S. Border Patrol Checkpoint located at mile marker 29 on Interstate Highway 35 (IH35) near Laredo, TX in Webb County. At approximately 6:30 a.m., a white tractor approached the primary inspection lane for an immigration inspection. The BPA asked the driver, later identified as Rayveon RAWLS, if he was a United States citizen, RAWLS replied "yes". As the BPA was concluding his immigration inspection, a BPA canine handler along with his service canine performed a free air sniff along the driver side of the tractor. The BPA canine handler advised the primary BPA that is canine had alerted to the presence of concealed humans and or narcotics near the small rear compartment of the tractor. The BPA then referred RAWLS to the secondary area and pointed towards the direction of the area. On his way towards the secondary area, the BPA observed RAWLS driving through the X-Ray Non-Intrusive Inspection (NII) machine. The BPA operator for the NII advised through his service radio of multiple anomalies in the scan image that resembled human silhouettes. Another BPA then advised RAWLS to open the curtain of the sleeper area and discovered subjects concealed in blankets. The BPA then advised RAWLS to exit the tractor to further inspect the sleeper area of the tractor. A total of seven subjects were discovered in the sleeper area covered with blankets. An immigration inspection was then conducted on all subjects and admitted to being in the United States illegally with no proper documentation that would allow them to be or remain in the country legally. All subjects were then escorted inside the checkpoint for further investigation.

2.  PRINCIPAL STATEMENT: Rayveon RAWLS, a United States Citizen, was read his Miranda Rights warning via service form I-214. RAWLS acknowledged his rights and was willing to give a statement without an attorney present. RAWLS stated to his knowledge he was traveling by himself. RAWLS stated a friend told him an owner of a tractor needed a driver to go pick up his tractor in Laredo, Texas. RAWLS stated the owner was going to pay him $1,500.00 United States dollars to driver the tractor from Laredo, Texas to Dallas, Texas. RAWLS stated the owner handed him the keys and instructed him to pick up the tractor on San Bernardo Street in Laredo, Texas. RAWLS stated he made his way to Laredo, Texas yesterday (April 21, 2022) to where the tractor was parked. RAWLS stated he conducted a vehicle inspection of the tractor but did not search or inspected the inside of the tractor. RAWLS stated after conducting an inspection, he started making his way back to Dallas, Texas.

3.  MATERIAL WITNESS: Juan Francisco ESTELA-Guillen, a citizen of Mexico, admitted he illegally entered the United States by wading across the Rio Grande River on April 18, 2022. ESTELA stated his brother made financial arrangements of $2,500.00 United States dollars for him to be smuggled into the United States. ESTELA stated his destination was Florida. ESTELA stated he got picked up by an unknown male in a dark SUV and taken to a house. ESTELA stated he stayed at that house until today (April 22, 2022). ESTELA stated he was picked up again in a dark vehicle by an unknown subject and taken to a parking lot where they parked by the passenger side of a tractor. ESTELA stated the driver of the dark vehicle instructed him to get inside the white tractor that had the passenger side door opened and lay in the cabin area. ESTELA stated the tractor had the hood open and there was a male wearing a white shirt outside by the engine of the tractor. ESTELA stated once inside the tractor he heard the hood of the tractor closed. ESTELA stated that an unknown person gave them a blanket to cover themselves up. When asked if there was anybody inside the tractor when they got inside ESTELA stated only the people that were in the sleeper. ESTELA was presented a six-pack photo line-up and was unable to identify RAWLS as the driver of the white tractor.

I declare (certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Executed on the 22nd day of April, 2022 at Laredo, Texas.

_____
Jose Uribe
Border Patrol Agent
United States Border Patrol